IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LINDA THOMPSON, On behalf of the Wrongful
Death Beneficiaries of William A. Thompson                                          PLAINTIFF

V.                                                          CAUSE NO.: 3:09CV113-SA-SAA

BENTON COUNTY BOARD OF SUPERVISORS, et al.                         DEFENDANTS

## ORDER GRANTING MOTION TO DISMISS

Pursuant to an opinion issued today, it is hereby ORDERED that:

(1)    the Defendants' Motion to Dismiss for Qualified Immunity [11] is GRANTED;

and

(2)    Plaintiff's claims against the Defendants in their individual capacities are

DISMISSED.

SO ORDERED, this the 12th day of April, 2010.

                                                        /s/ Sharion Aycock
                                                        U.S. DISTRICT JUDGE